# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THOMAS L. EDRINGTON,                                    : No. 98 MM 2014
                                                       :
                           Petitioner                   :
                                                       :
                                                       :
                                                       :
              v.                                        :
                                                       :
                                                       :
                                                       :
DISTRICT ATTORNEY OF DAUPHIN                            :
COUNTY, ATTORNEY GENERAL OF                             :
PENNSYLVANIA, SUPERINTENDENT                            :
OF SCI - DALLAS,                                        :
                                                       :
                           Respondents                  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of August, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.